**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6507**

_____

ROBERT HANEY,

Petitioner - Appellant,

versus

JOEL H. KNOWLES, Warden; ATTORNEY GENERAL OF
NORTH CAROLINA,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-97-32-1-MU)

_____

Submitted:  July 27, 2000          Decided:  August 4, 2000

_____

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Haney, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE
OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Haney seeks to appeal the district court's order deny-ing relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Haney v. Knowles, No. CA-97-32-1-MU (W.D.N.C. Mar. 29, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on March 28, 2000, the district court's records show that it was entered on the docket sheet on March 29, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2